■ In the Matter of ROGELIO BATISTA, Appellant, v MAGDELINE E. GATON, Respondent. (Proceeding No. 1.) In the Matter of MAGDELINE E. GATON, Respondent, v ROGELIO BATISTA, Appellant. (Proceeding No. 2.) [2 NYS3d 922]—

Appeals from two orders of the Family Court, Queens County (Jane A. McGrady, Ct. Atty. Ref.), both dated April 9, 2014. The first order dismissed the father's petition for custody and visitation. The second order dismissed the mother's cross petition for custody and visitation.

Ordered that the appeal from the order dismissing the mother's cross petition for custody and visitation is dismissed, as the father is not aggrieved by that order (*see* CPLR 5511); and it is further,

Ordered that the order dismissing the father's petition for custody and visitation is affirmed, without costs or disbursements.

Contrary to the father's contention, the Family Court was not authorized to retain jurisdiction to determine his petition for custody and visitation after the subject child reached the age of 18 (*see* Family Ct Act §§ 119, 651 [b]; *Matter of Cruz v Cruz*, 48 AD3d 804, 804-805 [2008]).

The father's remaining contentions are without merit.

Accordingly, we affirm the order dismissing the father's petition for custody and visitation. Skelos, J.P., Leventhal, Cohen and Duffy, JJ., concur.